UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO ANTHONY SABALLOS,

        Plaintiff,

    v.

CAROLYN W. COLVIN,

        Defendant.

Case No.  13-cv-05943-KAW

ORDER RESETTING BRIEFING
SCHEDULE

On August 21, 2014, the parties filed a stipulation requesting that the Court reset the

briefing schedule following the Court's denial of Plaintiff's motion to augment the administrative

record. (Dkt. No. 20.)  This request was incorrectly docketed, as it required court approval, and did

not include a proposed order or a proposed briefing schedule.

Accordingly, the Court resets the briefing schedule specified in the Social Security

Procedural Order (Dkt. No. 3):

1.  Plaintiff shall serve and file a motion for summary judgment or a motion for remand

within 28 days of this order.

2.  Defendant shall serve and file any opposition or counter-motion within 28 days of

service of Plaintiff's motion.

3.  Plaintiff may serve and file a reply within 14 days of service of Defendant's opposition

or counter-motion.

IT IS SO ORDERED.

Dated: October 31, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California